TIMOTHY J. RYAN (SBN 99542)
tryan@ryanlg.com
REBEKKA R. MARTORANO (SBN 173600)
rmartorano@ryanlg.com
THE RYAN LAW GROUP
400 Capitol Mall, Suite 2540
Sacramento, California 95814
Telephone: (916) 924-1912
Facsimile: (916) 923-3872

Attorneys for Defendant Southwest Airlines Co.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMMAD AGHANAZARI and KEVAN DARYABEGHI MOGHADAM, <br><br> Plaintiffs, <br><br> v. <br><br> SOUTHWEST AIRLINES CO. and DOES 1 to 20, <br><br> Defendants. | Case No. <br><br> **NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT [28 U.S.C. § 1441(b)]; DEMAND FOR JURY TRIAL** |

**TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

**PLEASE TAKE NOTICE** that Defendant Southwest Airlines Co. (hereinafter "SWA"), by and through its attorneys, The Ryan Law Group, hereby removes this pending action from the Superior Court of the State of California, County of Sacramento, to the United States District Court for the Eastern District of California pursuant to 28 U.S.C. § 1442(b).

**Introduction**

1.      This litigation arises from an incident Plaintiffs Mohammad Aghanazari and Kevan Daryabeghi Moghadam (hereinafter "Plaintiffs") allege occurred on September 24, 2019.  On that date, Plaintiffs allege they were traveling onboard Southwest Flight 865 from Sacramento,

California to Phoenix, Arizona when Plaintiff Aghanazari experienced symptoms of a heart attack during the flight.  The aircraft was diverted to Las Vegas, Nevada and made an emergency landing at McCarran International Airport.  Plaintiffs allege that the paramedic who responded to provide medical treatment (identified in the complaint as "DOE 1") handled Plaintiff Aghanazari "very roughly and violently," causing "physical injuries, emotional distress and mental trauma." Plaintiff Moghadam (the wife of Plaintiff Aghanazari) alleges that she suffered "extreme emotional distress and mental trauma" as a result of witnessing the incident.

**Procedural Background**

2.      On September 3, 2021, Plaintiffs filed in the Superior Court of California for the County of Sacramento their complaint bearing Case No. 34-2021-00307399 (hereinafter "the State Court Action").  (Declaration of Rebekka R. Martorano filed concurrently herewith (hereinafter "RRM Decl.") ¶3, Exhibit A.)

3.      On November 30, 2021, SWA filed a demurrer to Plaintiffs' complaint in the State Court Action.  (RRM Decl. ¶5, Exhibit C.)

5.      On January 5, 2022, SWA propounded written discovery to Plaintiffs regarding the quantum of damages they were claiming in the State Court Action, including requests for statement of damages and interrogatories.  (RRM Decl. ¶6, Exhibit D.)

6.      On March 10, 2022, Plaintiffs served SWA with statements of damages pursuant to California Code of Civil Procedure section 425.11.  (RRM Decl. ¶7, Exhibit E.)

7.      On March 23, 2022, Plaintiff Aghanazari served SWA with his responses to interrogatories.  (RRM Decl. ¶8, Exhibit F.)

8.      On March 22, 2022, Plaintiffs served SWA with an amendment to the complaint, identifying American Medical Response Ambulance Service, Inc. (hereinafter "AMR") as Doe 1. (RRM Decl. ¶11, Exhibit G.)

9.      SWA is informed and believes that as of the filing of this Notice of Removal, AMR has not been served with the complaint.  (RRM Decl. ¶15.)

///

///

NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT [28 U.S.C. § 1441(b)]; DEMAND FOR JURY TRIAL

2

**Grounds for Removal**

10.     This is a civil action of which this Court has original jurisdiction under 28 U.S.C § 1332 and is one which may be removed to this Court pursuant to 28 U.S.C. § 1441(b) in that it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs.

11.     SWA is informed and believes that at the time of the filing of the State Court Action Plaintiffs were residents and citizens of the State of California and currently are residents and citizens of the State of California. (RRM Decl. ¶12.)

12.     SWA is a Texas corporation with its principal place of business in the State of Texas. (RRM Decl. ¶13.)

13.     SWA is informed and believes that defendant AMR is incorporated in Delaware and maintains its principal place of business in the State of Colorado. (RRM Decl. ¶14.)

14.     The amount in controversy in this action exceeds the sum of $75,000, exclusive of interest and costs based upon Plaintiff Aghanazari's statement of damages indicating he seeks general damages of $75,000 and special damages for medical expenses in an amount subject to proof, and his response to Interrogatory No. 6.4, indicating that he claims medical expenses of at least $3,665.80.   Plaintiff Aghanazari therefore claims damages in the amount of at least $78,665.80.  (RRM Decl. ¶¶7-9 and Exhibits E and F.)

15.     The Court may exercise supplemental jurisdiction over the claim of Plaintiff Moghadam pursuant to 28 U.S.C. §1367(a) because it forms part of the same case or controversy, arising from a "common nucleus of operative facts."  (See *United Mine Workers of America v. Gibbs* (1966) 383 US 715, 726.)

16.     Grounds for removal were not apparent from the face of the complaint in the State Court Action. (RRM Decl. ¶10.)

17.     SWA's first receipt of papers from which diversity jurisdiction could be ascertained occurred on March 14, 2022, when it received Plaintiffs' Statement of Damages and March 23, 2022, when it received Plaintiff Aghanazari's interrogatory responses. (RRM Decl. ¶10.)

NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT [28 U.S.C. § 1441(b)]; DEMAND FOR JURY TRIAL

1    **WHEREFORE**, SWA respectfully prays that this Court issue all necessary orders and

2  process and grant such other and further relief as in law and justice SWA may be entitled to receive.

3

4  Dated: April 7, 2022                    THE RYAN LAW GROUP

5

6                                          By:   /s/ Rebekka R. Martorano

7                                                TIMOTHY J. RYAN
                                                 REBEKKA R. MARTORANO
8                                                Attorneys for Defendant
                                                 Southwest Airlines Co.
9

10

11                            **DEMAND FOR JURY TRIAL**

12       Defendant Southwest Airlines Co. hereby demands a trial by jury in this action.

13

14  Dated: April 7, 2022                    THE RYAN LAW GROUP

15

16                                          By:   /s/ Rebekka R. Martorano

17                                                TIMOTHY J. RYAN
                                                 REBEKKA R. MARTORANO
18                                                Attorneys for Defendant
                                                 Southwest Airlines Co.
19

20

21

22

23

24

25

26

27

28

NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT [28 U.S.C. § 1441(b)]; DEMAND FOR JURY
TRIAL