# EXHIBIT A

**SUM-100**

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
SOUTHWEST AIRLINES CO. and DOES 1 to 20

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
MOHAMMAD AGHANAZARI and KEVAN DARYABEGHI MOGHADAM

FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

Superior Court of California,
Sacramento

09/07/2021
emacdonald

By _____, Deputy

Case Number:
34-2021-00307399

---

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

---

The name and address of the court is:
*(El nombre y dirección de la corte es):*
SUPERIOR COURT OF CALIFORNIA, COUNTY OF SACRAMENTO
720 Ninth Street
Sacramento, CA 95814

CASE NUMBER:
*(Número del Caso):*

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Cyrus Zal, (State Bar No. 102415)
102 Mainsail Court, Folsom, CA 95630
Fax No.: (916) 985-4893
Phone No.: (916) 220-4315

DATE: SEP 0 7 2021            Clerk, by E. MACDONALD        , Deputy
*(Fecha)*                      *(Secretario)*                  *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. [X] as an individual defendant.
2. [ ] as the person sued under the fictitious name of *(specify):*

3. [ ] on behalf of *(specify):*

   under: [ ] CCP 416.10 (corporation)            [ ] CCP 416.60 (minor)
          [ ] CCP 416.20 (defunct corporation)    [ ] CCP 416.70 (conservatee)
          [ ] CCP 416.40 (association or partnership) [ ] CCP 416.90 (authorized person)
          [ ] other *(specify):*
4. [ ] by personal delivery on *(date):*

---

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov
LexisNexis® Automated California Judicial Council Forms

**PLD-PI-001**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Cyrus Zal (State Bar# 102415)<br>Cyrus Zal, A Professional Corporation<br>102 Mainsail Court<br>Folsom, CA 95630<br>TELEPHONE NO: (916) 220-4315   FAX NO. *(Optional):* (916) 985-4893<br>E-MAIL ADDRESS *(Optional):*<br>ATTORNEY FOR *(Name):* Plaintiffs Mohammad Nazari and Kevan Daryabeghi Moghadam | FILED<br>Superior Court Of California,<br>Sacramento<br>09/03/2021<br>smacdonald<br>By_____, Deputy<br>Case Number:<br>34-2021-00307392 |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** SACRAMENTO
  STREET ADDRESS: 720 Ninth Street
  MAILING ADDRESS:
  CITY AND ZIP CODE: Sacramento, CA 95814
  BRANCH NAME: Gordon D. Schaber Sacramento County Courthouse

PLAINTIFF: MOHAMMAD AGHANAZARI and KEVAN DARYABEGHI MOGHADAM
DEFENDANT: SOUTHWEST AIRLINES CO. and

[X] DOES 1 TO  20

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**
  [ ] **AMENDED** *(Number):*
**Type** *(check all that apply):*
  [ ] **MOTOR VEHICLE**   [X] **OTHER** *(specify):* Injury on an Aircraft
    [ ] Property Damage   [ ] Wrongful Death
    [X] Personal Injury    [ ] Other Damages *(specify):*

**Jurisdiction** *(check all that apply):*
  [ ] **ACTION IS A LIMITED CIVIL CASE**
    Amount demanded  [ ] does not exceed $10,000
                     [ ] exceeds $10,000, but does not exceed $25,000
  [X] **ACTION IS AN UNLIMITED CIVIL CASE** (exceeds $25,000)
  [ ] **ACTION IS RECLASSIFIED** by this amended complaint
    [ ] from limited to unlimited
    [ ] from unlimited to limited

CASE NUMBER:

1. **Plaintiff** *(name or names):* MOHAMMAD AGHANAZARI and KEVAN DARYABEGHI MOGHADAM
   alleges causes of action against **defendant** *(name or names):* SOUTHWEST AIRLINES CO. and DOES 1 TO 20

2. This pleading, including attachments and exhibits, consists of the following number of pages: 6
3. Each plaintiff named above is a competent adult
   a. [ ] **except** plaintiff *(name):*
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity *(describe):*
      (3) [ ] a public entity *(describe):*
      (4) [ ] a minor  [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other *(specify):*
      (5) [ ] other *(specify):*
   b. [ ] **except** plaintiff *(name):*
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity *(describe):*
      (3) [ ] a public entity *(describe):*
      (4) [ ] a minor  [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other *(specify):*
      (5) [ ] other *(specify):*

[ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev. January 1, 2007]

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

*LexisNexis® Automated California Judicial Council Forms*

PLD-PI-001

| SHORT TITLE: NAZARI, et al., v. SOUTHWEST AIRLINES CO., et al. | CASE NUMBER: |
|---|---|

4. ☐ Plaintiff (name):
   is doing business under the fictitious name (specify):

   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. ☒ except defendant (name): Southwest Airlines Co.
      (1) ☐ a business organization, form unknown
      (2) ☒ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   c. ☐ except defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   b. ☐ except defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   d. ☐ except defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☒ Doe defendants (specify Doe numbers): 1-10 were the agents or employees of other named defendants and acted within the scope of that agency or employment.
   b. ☒ Doe defendants (specify Doe numbers): 11-20 are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are (names):

8. This court is the proper court because
   a. ☒ at least one defendant now resides in its jurisdictional area.
   b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☐ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☒ other (specify):
      The Southwest Airlines flight in which plaintiffs' injuries occurred originated in Sacramento International Airport in the County of Sacramento, California. Defendant Southwest Airlines maintains offices and a business location in the County of Sacramento.

9. ☐ Plaintiff is required to comply with a claims statute, and
   a. ☐ has complied with applicable claims statutes, or
   b. ☐ is excused from complying because (specify):

PLD-PI-001

| SHORT TITLE: NAZARI, et al., v. SOUTHWEST AIRLINES CO., et al. | CASE NUMBER: |
|---|---|

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached)*:
    a. [ ] Motor Vehicle
    b. [X] General Negligence
    c. [ ] Intentional Tort
    d. [ ] Products Liability
    e. [ ] Premises Liability
    f. [ ] Other *(specify)*:

11. Plaintiff has suffered
    a. [ ] wage loss
    b. [ ] loss of use of property
    c. [X] hospital and medical expenses
    d. [X] general damage
    e. [ ] property damage
    f. [ ] loss of earning capacity
    g. [ ] other damage *(specify)*:

12. [ ] The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
    a. [ ] listed in Attachment 12.
    b. [ ] as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
    a. (1) [X] compensatory damages
       (2) [ ] punitive damages
    The amount of damages is *(in cases for personal injury or wrongful death, you must check (1))*:
       (1) [X] according to proof
       (2) [ ] in the amount of: $

15. [ ] The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers)*:

Date: September 2, 2021

CYRUS ZAL
(TYPE OR PRINT NAME)

▶ (SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001 [Rev. January 1, 2007]

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

Page 3 of 3

*LexisNexis® Automated California Judicial Council Forms*

PLD-PI-001(2)

| SHORT TITLE: NAZARI, et al., v. SOUTHWEST AIRLINES CO., et al. | CASE NUMBER: |
|---|---|

___FIRST___ **CAUSE OF ACTION—General Negligence**   Page __4__
(number)

ATTACHMENT TO  [x] Complaint    [ ] Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name):* Mohammad Aghanazari

alleges that defendant *(name):* Southwest Airlines Co.

[x] Does __1__ to __5__

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff

on *(date):* September 24, 2019

at *(place):* On board Southwest Flight 865 at McCarran International Airport in Paradise, Nevada.

*(description of reasons for liability):*
At all times mentioned herein, Plaintiffs Mohammad Aghanazari ("Plaintiff Agahanazari") and Kevan Daryabeghi Moghadam ("Plaintiff Moghadam") were married to each other as husband and wife. On September 24, 2019, Plaintiffs were aboard Southwest Airline Flight 865 flying from Sacramento, California to Phoenix, Arizona when Plaintiff Aghanazari suddenly began experiencing symptoms of a heart attack during the flight. Due to Plaintiff Aghanazari's extreme distress and apparent heart attack, the aircraft diverted to Las Vegas and made an emergency landing at McCarran International Airport in Paradise, Nevada, an airport located in the Las Vegas metropolitan area. After the aircraft had made the emergency landing in McCarran International Airport, Defendant Southwest called for paramedics to come on board of the aircraft to deal with the health issues being experienced by Plaintiff Aghanazari. DOE 1, whose true name is currently unknown to Plaintiffs, is the paramedic who interacted directly with Plaintiff Aghanazari on the Southwest aircraft while the aircraft was on the tarmac of McCarran International Airport. DOE 2, whose true name is currently unknown to Plaintiffs, is the paramedic company that employed DOE 1 with respect to the conduct of DOE 1 described herein. DOE 1 owed a duty of care to Plaintiff Aghanazari to treat Plaintiff Aghanazari in a professional manner and without further injuring Plaintiff Aghanazari or causing emotional distress and mental trauma to Plaintiff Aghanazari. When DOE 1 came on board the aircraft to provide care to Plaintiff Aghanazari, Plaintiff Aghanazari was laying down across the front row of seats of the aircraft. DOE 1, who was very angry and surly when he came aboard the aircraft, began yelling at Plaintiff Aghanazari for no reason at all, and DOE 1 treated Plaintiff Aghanazari very roughly and violently by grabbing Plaintiff Aghanazari by the back of the neck and left shoulder, and violently jerking and pulling him around to place Plaintiff Aghanazari onto the gurney to transport Plaintiff Aghanazari to the hospital. DOE 1's behavior was so outrageous and uncalled for that a nearby passenger on the aircraft called out to DOE 1 to "take it easy". DOE 1 angrily told this passenger "don't interfere!" DOE 1 caused physical injuries to Plaintiff Aghanazari by his rough and violent handling and treatment of him, and also caused Plaintiff Aghanazari to suffer emotional distress and mental trauma. Plaintiff Aghanazari was subsequently transported to Desert Springs Hospital in Las Vegas, Nevada and was diagnosed with a blockage of an artery to his heart. Southwest Airlines Co. was negligent in allowing DOE 1 to mistreat Plaintiff Aghanazari and not intervening to protect Plaintiff Aghanazari from DOE 1. In the alternative, Southwest Airlines Co. had strict liability under the law for the injuries and damages caused by DOE 1 to Plaintiff Aghanazari aboard the aircraft and it need not be shown that Southwest Airlines Co. was negligent with respect to the injuries and damages sustained by Plaintiff Aghanazari described herein.

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(2) [Rev. January 1, 2007]

**CAUSE OF ACTION—General Negligence**

Code of Civil Procedure 425.12
www.courts.ca.gov

PLD-PI-001(2)

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| NAZARI, et al., v. SOUTHWEST AIRLINES CO., et al. | |

__SECOND__     **CAUSE OF ACTION—General Negligence**     Page __5__
(number)

ATTACHMENT TO   [x] Complaint    [ ] Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name)*: Kevan Daryabeghi Moghadam

alleges that defendant *(name)*: Southwest Airlines Co.

[x] Does __1__ to __5__

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff

on *(date)*: September 24, 2019

at *(place)*: On board Southwest Flight 865 at McCarran International Airport in Paradise, Nevada.

*(description of reasons for liability)*:
At all times mentioned herein, Plaintiffs Mohammad Aghanazari ("Plaintiff Agahanazari) and Kevan Daryabeghi Moghadam ("Plaintiff Moghadam") were married to each other as husband and wife. On September 24, 2019, Plaintiffs were aboard Southwest Airline Flight 865 flying from Sacramento, California to Phoenix, Arizona when Plaintiff Aghanazari suddenly began experiencing symptoms of a heart attack during the flight. Due to Plaintiff Aghanazari's extreme distress and apparent heart attack, the aircraft diverted to Las Vegas and made an emergency landing at McCarran International Airport in Paradise, Nevada, an airport located in the Las Vegas metropolitan area. After the aircraft had made the emergency landing in McCarran International Airport, Defendant Southwest called for paramedics to come on board of the aircraft to deal with the health issues being experienced by Plaintiff Aghanazari. DOE 1, whose true name is currently unknown to Plaintiffs, is the paramedic who interacted directly with Plaintiff Aghanazari on the Southwest aircraft while the aircraft was on the tarmac of McCarran International Airport. DOE 2, whose true name is currently unknown to Plaintiffs, is the paramedic company that employed DOE 1 with respect to the conduct of DOE 1 described herein. When DOE 1 came on board the aircraft to provide care to Plaintiff Aghanazari, Plaintiff Aghanazari was laying down across the front row of seats of the aircraft. DOE 1, who was very angry and surly when he came aboard the aircraft, began yelling at Plaintiff Aghanazari for no reason at all, and DOE 1 treated Plaintiff Aghanazari very roughly and violently by grabbing Plaintiff Aghanazari by the back of the neck and left shoulder, and violently jerking and pulling him around to place Plaintiff Aghanazari onto the gurney to transport Plaintiff Aghanazari to the hospital. DOE 1's behavior was so outrageous and uncalled for that a nearby passenger on the aircraft called out to DOE 1 to "take it easy". DOE 1 angrily told this passenger "don't interfere!" DOE 1 caused physical injuries to Plaintiff Aghanazari by his rough and violent handling and treatment of him, and also caused Plaintiff Aghanazari to suffer emotional distress and mental trauma. Plaintiff Aghanazari was subsequently transported to Desert Springs Hospital in Las Vegas, Nevada and was diagnosed with a blockage of an artery to his heart. Southwest Airlines Co. was negligent in allowing DOE 1 to mistreat Plaintiff Aghanazari and not intervening to protect Plaintiff Aghanazari from DOE 1. In the alternative, Southwest Airlines Co. had strict liability under the law for the injuries and damages caused by DOE 1 to Plaintiff Aghanazari aboard the aircraft and it need not be shown that Southwest Airlines Co. was negligent with respect to the injuries and damages sustained by Plaintiff Aghanazari described herein. Plaintiff Moghadam suffered extreme emotional distress and mental trauma when she observed the negligent and outrageous conduct of DOE 1 with respect to her husband, Plaintiff Aghanazari, and when she realized Southwest Airlines Co. would not intervene in the situation.

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(2) [Rev. January 1, 2007]

**CAUSE OF ACTION—General Negligence**

Code of Civil Procedure 425.12
www.courts.ca.gov

PLD-PI-001(3)

| SHORT TITLE: NAZARI, et. al., v. SOUTHWEST AIRLINES CO., et al. | CASE NUMBER |
|---|---|

_THIRD_ **CAUSE OF ACTION—Intentional Tort**   Page _6_
(number)

ATTACHMENT TO  [x] Complaint   [ ] Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

IT-1. Plaintiff *(name):* Kevan Daryabeghi Moghadam

alleges that defendant *(name):* DOES 1 to 5

[x] Does _1_ to _5_

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant intentionally caused the damage to plaintiff

on *(date):* September 24, 2019

at *(place):* On board Southwest Flight 865 at McCarran International Airport in Paradise, Nevada.

*(description of reasons for liability):*
At all times mentioned herein, Plaintiffs Mohammad Aghanazari ("Plaintiff Agahanazari") and Kevan Daryabeghi Moghadam ("Plaintiff Moghadam") were married to each other as husband and wife. On September 24, 2019, Plaintiffs were aboard Southwest Airline Flight 865 flying from Sacramento, California to Phoenix, Arizona when Plaintiff Aghanazari suddenly began experiencing symptoms of a heart attack during the flight. Due to Plaintiff Aghanazari's extreme distress and apparent heart attack, the aircraft diverted to Las Vegas and made an emergency landing at McCarran International Airport in Paradise, Nevada, an airport located in the Las Vegas metropolitan area. After the aircraft had made the emergency landing in McCarran International Airport, Defendant Southwest called for paramedics to come on board of the aircraft to deal with the health issues being experienced by Plaintiff Aghanazari. DOE 1, whose true name is currently unknown to Plaintiffs, is the paramedic who interacted directly with Plaintiff Aghanazari on the Southwest aircraft while the aircraft was on the tarmac of McCarran International Airport. DOE 2, whose true name is currently unknown to Plaintiffs, is the paramedic company that employed DOE 1 with respect to the conduct of DOE 1 described herein. When DOE 1 came on board the aircraft to provide care to Plaintiff Aghanazari, Plaintiff Aghanazari was laying down across the front row of seats of the aircraft. DOE 1, who was very angry and surly when he came aboard the aircraft, began yelling at Plaintiff Aghanazari for no reason at all, and DOE 1 treated Plaintiff Aghanazari very roughly and violently by grabbing Plaintiff Aghanazari by the back of the neck and left shoulder, and violently jerking and pulling him around to place Plaintiff Aghanazari onto the gurney to transport Plaintiff Aghanazari to the hospital. DOE 1's behavior was so outrageous and uncalled for that a nearby passenger on the aircraft called out to DOE 1 to "take it easy". DOE 1 angrily told this passenger "don't interfere!" DOE 1 caused physical injuries to Plaintiff Aghanazari by his rough and violent handling and treatment of him, and also caused Plaintiff Aghanazari to suffer emotional distress and mental trauma. Plaintiff Aghanazari was subsequently transported to Desert Springs Hospital in Las Vegas, Nevada and was diagnosed with a blockage of an artery to his heart. Plaintiff Moghadam suffered extreme emotional distress and mental trauma when she observed the negligent and outrageous conduct of DOE 1 with respect to her husband,

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(3) [Rev. January 1, 2007]

**CAUSE OF ACTION—Intentional Tort**

Code of Civil Procedure § 425.12
www.courts.ca.gov



# Notice of Service of Process

null / ALL
Transmittal Number: 23861459
Date Processed: 10/02/2021

| | |
|---|---|
| Primary Contact: | Kerrie Forbes  HDQ-4GC<br>Southwest Airlines Co.<br>2702 Lovefield Road<br>HDQ-6PY<br>Dallas, TX 75235-1908 |
| Electronic copy provided to: | Ashley Cole<br>Tawnye Parks<br>Katelyn Brown<br>Chrishawn Booker<br>Teri Lambert |

| | |
|---|---|
| Entity: | Southwest Airlines Co.<br>Entity ID Number  0542758 |
| Entity Served: | Southwest Airlines Co. |
| Title of Action: | Mohammad Aghanazari vs. Southwest Airlines Co |
| Document(s) Type: | Summons/Complaint |
| Nature of Action: | Personal Injury |
| Court/Agency: | Sacramento County Superior Court, CA |
| Case/Reference No: | 34-2021-00307399 |
| Jurisdiction Served: | California |
| Date Served on CSC: | 10/01/2021 |
| Answer or Appearance Due: | 30 Days |
| Originally Served On: | CSC |
| How Served: | Personal Service |
| Sender Information: | Cyrus Zal<br>916-220-4315 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com