TIMOTHY J. RYAN (SBN 99542)
REBEKKA R. MARTORANO (SBN 173600)
THE RYAN LAW GROUP
400 Capitol Mall, Suite 2540
Sacramento, California 95814
Telephone: (916) 924-1912
Facsimile: (916) 923-3872
tryan@ryanlg.com
rmartorano@ryanlg.com

Attorneys for Defendant Southwest Airlines Co.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMMAD AGHANAZARI, ET AL, <br><br> Plaintiffs, <br><br> v. <br><br> SOUTHWEST AIRLINES CO., ET AL., <br><br> Defendants. | Case No. 2:22-cv-00630-TLN-AC <br> **[The Honorable Troy L. Nunley]** <br><br> **STIPULATION AND ORDER REGARDING TIME FOR FILING SOUTHWEST AIRLINES CO.'S ANSWER TO COMPLAINT** |

The parties through their attorneys of record stipulate as follows:

    1.    Whereas, Plaintiffs filed their First Amended Complaint on May 4, 2022 (Docket No. 7.)

    2.    Whereas, Southwest Airlines Co. intends to file a motion to dismiss Plaintiffs' First Amended Complaint based on the same grounds as its motion to dismiss Plaintiffs' original complaint (Docket No. 4, Motion to Dismiss.)

    3.    Therefore, the parties agree that Southwest's time for filing an answer shall be extended until 14 days after the Court issues its ruling regarding Southwest's motion to dismiss Plaintiffs' First Amended Complaint or to such other time as shall be determined by the Court.

///

///

///

Stipulation and Order Regarding Time for Filing Southwest Airlines Co.'s Answer to Complaint
Case No. 2:22-cv-00630-TLN-AC

1

So stipulated.

May 5, 2022

| LAW OFFICES OF CYRUS ZAL | THE RYAN LAW GROUP |
|---|---|
| s/  Cyrus Zal | s/       Rebekka R. Martorano |
| Cyrus Zal, Esq.<br>102 Mainsail Court<br>Folsom, CA 95630<br>*Counsel for Plaintiffs* | Timothy J. Ryan, Esq.<br>Rebekka R. Martorano<br>400 Capitol Mall, Suite 2540<br>Sacramento, CA 95814<br>*Counsel for Defendant Southwest Airlines Co.* |

### ORDER

Pursuant to the stipulation of the parties set forth above and good cause appearing, Southwest's time for filing an answer shall be extended until 14 days after the Court issues its ruling regarding Southwest's motion to dismiss Plaintiffs' First Amended Complaint or to such other time as shall be determined by the Court.

**IT IS SO ORDERED.**

Dated: May 6, 2022

_____
Troy L. Nunley
United States District Judge