# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MOHAMMAD AGHANAZARI , ET AL. ,** | **JUDGMENT IN A CIVIL CASE** |
| v. | CASE NO: **2:22−CV−00630−TLN−AC** |
| **AMERICAN MEDICAL RESPONSE AMBULANCE SERVICE, INC. , ET AL. ,** | |

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

**IT IS ORDERED AND ADJUDGED THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 3/27/2025 .**

ENTERED:  **March 27, 2025**         /s/  **Keith Holland**
                                     Clerk of Court